**STATE OF MISSISSIPPI**



**JIM HOOD**
ATTORNEY GENERAL

June 23, 2016

**Certified Mail
and Hand-Delivered**

Robert Shuler Smith, District Attorney
Hinds County District Attorney's Office
Post Office Box 22747
Jackson, MS  39225-2747

   RE: *Gale Nelson Walker v. Robert Shuler Smith, et al*; In the United States District
      Court; Southern District of MS; 3:15-CV-911-DPJ-FKB

Dear Mr. Smith:

  This is to advise that we will no longer be in a position to continue to represent you in the above captioned suit because of the ethical conflict that has arisen between you and this office. Peter Cleveland from this office who was assigned to defend you will be filing a Motion to Withdraw as Counsel in the very near future. This is to further advise that any costs or fees associated with your replacement counsel is to be borne by you or your office, or Hinds County, Mississippi, and not the Mississippi Attorney General's Office.

Sincerely,

*[signature]*

Geoffrey Morgan
Chief of Staff

**EXHIBIT A**