IN THE UNITED STATES DISTRIC COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GALE NELSON WALKER                                PLAINTIFF

vs.                                                Civil Action No. 3:15-cv-911 DPJ-FKB

ROBERT SCHULER SMITH, *et al.*                       DEFENDANTS

### ENTRY OF APPEARANCE

Robert E. Sanders hereby enters his appearance herein as attorney for the defendant Robert Schuler Smith in his individual capacity and in his official capacity as District Attorney for Hinds County, Mississippi.

Dated: September 21, 2016

Respectfully submitted,

                                           ROBERT SCHULER SMITH

                                           by:    s/ Robert E. Sanders
                                                   Robert E. Sanders, MSB #6446

Young Wells Williams P.A.
141 Township Avenue, Suite 300
P.O. Box 6005
Ridgeland, MS 39158-6005
*telephone* 601-948-6100
*facsimile* 601-355-6136
<rsanders@youngwells.com>

1

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that he has sent notice, via this Court's ECF system, of the foregoing to the following

>William R. Allen
>Jessica S. Malone
>Allen, Allen, Breeland & Allen, PLLC
>214 Justice Street
>P.O. Box 751
>Brookhaven, MS   39602
>601-833-4361
>
>Peter Teeuwissen
>Peter Teeuwissen, PLLC
>P.O. Box 16787
>Jackson, MS  39236
>601-359-3680
>
>Gale N. Walker
>Gale Walker Law Firm, PLLC
>152 Windy Hill Cove
>Raymond, MS   39154
>
>Chuck McRae
>McRae Law Firm, PLLC
>416 East Amite Street
>Jackson, MS   39201

SO CERTIFIED, this 21st day of September, 2016

                                                 s/ Robert E. Sanders