UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GALE NELSON WALKER                                                                              PLAINTIFF

V.                                                                    CIVIL ACTION NO. 3:15-CV-911-DPJ-FKB

ROBERT SCHULER SMITH                                                                      DEFENDANT

ORDER

This cause is before the Court on Defendant's motion for summary judgment [112] and Plaintiff's motion for an extension of time to respond to the motion for summary judgment [122]. In her motion, Plaintiff asks the Court for a Rule 56(d) extension to allow her to conduct additional discovery prior to responding to the motion. Plaintiff contemporaneously filed a motion to compel discovery [118].

Judge Ball has now granted in part and denied in part the motion to compel, directing Defendant to produce additional documents by June 6, 2018, and allowing Plaintiff to take the out-of-time deposition of Ben Duncan by June 1, 2018. Order [129]; May 29, 2018 Text-Only Order. Plaintiff's motion [122] is therefore granted to the extent Judge Ball has allowed additional discovery. And because that discovery might impact what Defendant wishes to say in his opening summary-judgment memorandum, the Court finds that his motion [112] should be denied without prejudice under Rule 56(d)(1). At the close of the additional discovery, Defendant shall have 14 days to file a renewed summary-judgment motion.

**SO ORDERED AND ADJUDGED** this the 30th day of May, 2018.

                                s/ *Daniel P. Jordan III*
                                CHIEF UNITED STATES DISTRICT JUDGE